Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for the Chapter 11 Debtor
and Debtor-in-Possession,
Bath & Kitchen Distributors Corp.

In re:

**BATH & KITCHEN DISTRIBUTORS CORP.,**

Chapter 11 Debtor.

Case No.: 19-12212 (CMG)

Hearing Date: September 10, 2019

Judge: Christine M. Gravelle

Chapter 11

**ORDER APPROVING DEBTOR'S LEASE OF NON-RESIDENTIAL REAL PROPERTY NUNC PRO TUNC PURSUANT TO 11 U.S.C. §§363(b) AND 104(a) AND FED.R.BANKR.P. 6003 AND 6004 AND FOR OTHER RELATED RELIEF**

The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: September 11, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Bath & Kitchen Distributors Corp.
Case No.: 19-12212 (CMG)
Caption: Order Approving Debtor's Lease of Non-Residential Real Property Nunc Pro Tunc Pursuant to 11 U.S.C. §§363(b) and Fed.R.Bankr.P. 6003 and 6004; and For Other Related Relief
(Page 2)

(1) The Motion filed on behalf of the Chapter 11 Debtor and Debtor-In-Possession Bath & Kitchen Distributors Corp. (the "Debtor") is hereby granted in its entirety.