| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for the Chapter 11 Debtor<br>and Debtor-in-Possession,<br>Bath & Kitchen Distributors Corp. | **Order Filed on September 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>**BATH & KITCHEN<br>DISTRIBUTORS CORP.,**<br><br>Chapter 11 Debtor. | Case No.: 19-12212 (CMG)<br><br>Hearing Date: September 10, 2019<br><br>Judge: Christine M. Gravelle<br><br>Chapter 11 |

**ORDER APPROVING DEBTOR'S LEASE OF NON-RESIDENTIAL REAL PROPERTY NUNC PRO TUNC PURSUANT TO 11 U.S.C. §§363(b) AND 104(a) AND FED.R.BANKR.P. 6003 AND 6004 AND FOR OTHER RELATED RELIEF**

The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: September 11, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Bath & Kitchen Distributors Corp.
Case No.: 19-12212 (CMG)
Caption: Order Approving Debtor's Lease of Non-Residential Real Property Nunc Pro Tunc Pursuant to 11 U.S.C. §§363(b) and Fed.R.Bankr.P. 6003 and 6004; and For Other Related Relief

(Page 2)

(1) The Motion filed on behalf of the Chapter 11 Debtor and Debtor-In-Possession Bath & Kitchen Distributors Corp. (the "Debtor") is hereby granted in its entirety.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-12212-CMG
Bath & Kitchen Dristributors Corp.                                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin                  Page 1 of 1              Date Rcvd: Sep 11, 2019
                                 Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Bath & Kitchen Dristributors Corp.,    200 Helen Street,    South Plainfield, NJ 07080-3800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               jshapiro@middlebrooksshapiro.com
              Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Marsha M. Moore    on behalf of Creditor    Nakash 200 Helen Street LLC mmoore@postpolak.com,
               mooremr81075@notify.bestcase.com
              Melinda D. Middlebrooks    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8