UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Attorneys for the Chapter 11 Debtor and
Debtor-in-Possession, Bath and Kitchen
Distributors Corp.

Order Filed on September 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BATH AND KITCHEN DISTRIBUTORS CORP.,

Chapter 11 Debtor and Debtor-in-Possession

Case No.: 19-12212-CMG

Chapter: 11

Judge: Gravelle

# ORDER AUTHORIZING RETENTION OF

SERGE ROZENBERG & ASSOCIATES

The relief set forth on the following page is **ORDERED**.

**DATED: September 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  SERGE ROZENBERG & ASSOCIATES
as _____Accountant to the Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   2565 E. 17th Street
   Brooklyn, NY 11235

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Bath & Kitchen Dristributors Corp.  
     Debtor

Case No. 19-12212-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Sep 17, 2019  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db            +Bath & Kitchen Dristributors Corp.,    200 Helen Street,    South Plainfield, NJ 07080-3800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Jessica M. Minneci    on behalf of Debtor    Bath & Kitchen Dristributors Corp. jminneci@middlebrooksshapiro.com
           Joseph M. Shapiro    on behalf of Debtor    Bath & Kitchen Dristributors Corp. jshapiro@middlebrooksshapiro.com
           Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
           Marsha M. Moore    on behalf of Creditor    Nakash 200 Helen Street LLC mmoore@postpolak.com, mooremr81075@notify.bestcase.com
           Melinda D. Middlebrooks    on behalf of Debtor    Bath & Kitchen Dristributors Corp. middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 8