

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Maggie McGee, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-mail: Maggie.McGee@usdoj.gov | **Order Filed on November 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Bath & Kitchen Distributors Corp.,<br><br>Debtor. | Case No.: 19-12212 (CMG)<br>Chapter 11<br><br>Hearing Date: June 12, 2019 at 10:00 a.m.<br><br>Judge:   Christine M. Gravelle |

## ORDER CONVERTING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

......

**DATED: November 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

15

**(Page 2)**

*In re Bath & Kitchen Distributors Corp*

Chapter 11 Case No.: 19-12212 (CMG)

**Order Converting Chapter 11 Case**

___

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the Debtor, their counsel, secured creditors and parties in interest, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, *In re Bath & Kitchen Distributors Corp.*, case number 19-12212 (CMG) is CONVERTED to a case under Chapter 7.