UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Maggie McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail: Maggie.McGee@usdoj.gov

Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bath & Kitchen Distributors Corp.,

Debtor.

Case No.: 19-12212 (CMG)
Chapter 11

Hearing Date: June 12, 2019 at 10:00 a.m.

Judge: Christine M. Gravelle

# ORDER CONVERTING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: November 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

15

**(Page 2)**

*In re Bath & Kitchen Distributors Corp*

Chapter 11 Case No.: 19-12212 (CMG)

**Order Converting Chapter 11 Case**

_____

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the Debtor, their counsel, secured creditors and parties in interest, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, *In re Bath & Kitchen Distributors Corp.*, case number 19-12212 (CMG) is CONVERTED to a case under Chapter 7.

16

United States Bankruptcy Court
District of New Jersey

In re:  
Bath & Kitchen Dristributors Corp.  
     Debtor

Case No. 19-12212-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
db           +Bath & Kitchen Dristributors Corp.,   200 Helen Street,   South Plainfield, NJ 07080-3800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jessica M. Minneci     on behalf of Debtor    Bath & Kitchen Dristributors Corp. jminneci@middlebrooksshapiro.com  
         Joseph M. Shapiro     on behalf of Debtor    Bath & Kitchen Dristributors Corp. jshapiro@middlebrooksshapiro.com  
         Margaret Mcgee     on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov  
         Marsha M. Moore     on behalf of Creditor    Nakash 200 Helen Street LLC mmoore@postpolak.com, mooremr81075@notify.bestcase.com  
         Melinda D. Middlebrooks     on behalf of Debtor    Bath & Kitchen Dristributors Corp. middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 8