| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Bath & Kitchen Dristributors Corp.** | EIN: | 45–2623204 |
| | Name | | |
| United States Bankruptcy Court | District of New Jersey | Date case filed in chapter: | 11    2/1/19 |
| Case number: | 19–12212–CMG | Date case converted to chapter: | 7    11/19/19 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | | |
|---|---|---|---|
| 1. **Debtor's full name** | Bath & Kitchen Dristributors Corp. | | |
| 2. **All other names used in the last 8 years** | | | |
| 3. **Address** | 200 Helen Street<br>South Plainfield, NJ 07080 | | |
| 4. **Debtor's attorney**<br>Name and address | Melinda D. Middlebrooks<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave<br>First Floor<br>Springfield, NJ 07081 | Contact phone 973–218–6877 | |
| 5. **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496 | Contact phone (609) 386–8700 | |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov . (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 11/22/19 | |
| 7. **Meeting of creditors**<br>**The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 10, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** | |
| 8. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. | | |

| | | |
|---|---|---|
| | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                           Case No. 19-12212-CMG
Bath & Kitchen Dristributors Corp.                               Chapter 7
          Debtor               CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: 309C              Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Bath & Kitchen Dristributors Corp.,    200 Helen Street,    South Plainfield, NJ 07080-3800
aty            +Jessica M. Minneci,   Middlebrooks Shapiro P.C.,    841 Mountain Ave.,    1st Floor,
                 Springfield, NJ 07081-3437
aty            +Joseph M. Shapiro,   Middlebrooks Shapiro, P.C.,    841 Mountain Avenue,    First Floor,
                 Springfield, NJ 07081-3437
518060102       Absolut Keramika SL,   Ctra. Castell n Alcora Km 20,3,    12110 Alcora (Castell n) - Spain
518060103      +Amalgamated Financial Group,    PO Box 1006,   105 White Oak Lane,    Old Bridge, NJ 08857-1977
518060104      +Azteca/Kerstone,   C/O James N. Joseph, Esq.,    JOSEPH, TERRACCIANO & LYNAM LLP,
                 2 Roosevelt Avenue, Suite 200,    Syosset, NY 11791-3064
518060106       CERAMICHE BRENNERO SPA,   Strada Pavesa, 9,    46023 BONDENO di GONZAGA (MN),    ITALY
518072466       FedEx Corporate Services Inc.,    3965 Airways Blvd, Module G, 3rd Floor,
                 Memphis TN 38116-5017
518060108       Gold Art Ceramica s.p.a.,    Via Giardini Nord 231/233,    41026 Pavullo N.F. (Mo) Italy
518060109       HAPPY HOUSE SRL,   VIA RIMINI, 4,    42048   RUBIERA (RE),    ITALY
518060110      +HYG Financial Services Inc,    PO Box 1072,   Cedar Rapids, IA 52406-1072
518252280      +HYG Financial Services, Inc.,    1010 Thomas Edison Blvd. SW,    Cedar Rapids, IA 52404-8247
518060111       IBERO CERAMICA,   Ctra. Castell n-Teruel Km.19IBERO,    Alcora, Castell n SPAIN 12110
518060114      +Island Plumbing & Heating Supply,    1956 McDonald Ave,    Brooklyn, NY 11223-1829
518174862      +Keraplast Technology,    Joseph Sussman PC,   333 Pearsall Ave, SUITE 205,
                 Cedarhurst NY 11516-1842
518006629       Kerplast Technology,    C/O Ronald D. Coleman,    Mandelbaum Salsburg PC,   Roseland, NJ 07068
518064215      +Leonid Feldman,   189 Father Capodanno Blvd,    Staten Island, NY 10305-4202
518269900      +Marsha M Moore, Esq.,    Post Polak, PA,   425 Eagle Rock Ave Ste 200,    Roseland, NJ 07068-1717
518250749      +Mercedes Benz Financial Services USA LLC,    111 Lyon St. NW Suite 900,
                 Grand Rapids, MI 49503-2413
518006630      +Nakash 200 Helen Street, LLC,    1400 Broadway,    15th Floor,   New York, NY 10018-5300
518060120      +Norris McLaughlin P.A.,    400 Crossing Boulevard,    8th floor,   PO Box 5933,
                 Bridgewater, NJ 08807-5933
518060121      +Nueva Ceramica,   C/O James N. Joseph, Esq.,    JOSEPH, TERRACCIANO & LYNAM LLP,
                 2 Roosevelt Avenue, Suite 200,    Syosset, NY 11791-3064
518260038      +OTX Logistics Inc,    Heitner & Breitstein,   POB 270,    Wickatunk, NJ 07765-0270
518060123       PSE&G,    P.O. Box 14444,   New Brunswick, NJ 08906-4444
518006631      +Robert Spiegelman, Esq.,    1400 Broadway,   15th Floor,    New York, NY 10018-5300
518006632      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,   Compliance Activity,
                 PO Box 245,   Trenton, NJ 08695-0245)
518261070       State of New Jersey,    Division of Employer Accounts,    POB 379,   Trenton, NJ 08625-0379
518060127      +The Premins Company, Inc,    1407 Avenue M,   Brooklyn, NY 11230-5212
518379439      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: BADOBIN.COM Nov 23 2019 04:58:00     Andrea Dobin,   McManimon Scotland & Baumann, LLC,
                 427 Riverview Plaza,   Trenton, NJ 08611-3420
aty             E-mail/Text: middlebrooks@middlebrooksshapiro.com Nov 23 2019 00:10:48
                 Melinda D. Middlebrooks,   Middlebrooks Shapiro, P.C.,    841 Mountain Ave,   First Floor,
                 Springfield, NJ  07081
tr             +EDI: QTJORR.COM Nov 23 2019 04:58:00      Thomas Orr,   Law Office of Thomas J. Orr,
                 321 High Street,   Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 00:11:17      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 00:11:15      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518060107       EDI: COMCASTCBLCENT Nov 23 2019 04:58:00     Comcast Cable,   PO Box 0196,
                 Newark, NJ 07101-0196
518006628       EDI: IRS.COM Nov 23 2019 04:58:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518060117       EDI: DAIMLER.COM Nov 23 2019 04:58:00     Mercedez- Benz Financial Services,   PO Box 5260,
                 Carol Stream, IL 60197-5260
518060122      +E-mail/Text: sternback@heitnerbreitstein.com Nov 23 2019 00:11:14     OTX LOGISTICS INC,
                 C/O Heitner & Breitstein,   28 N. Main Street,   Marlboro, NJ 07746-1429
518060128       EDI: TFSR.COM Nov 23 2019 04:58:00     Toyota Financial Services,   PO Box 4102,
                 Carol Stream, IL 60197-4102
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518060105       Ceramica Valsecchia,   Via Radici Nord, 90/A,    42014 Castellarano (RE)
518060113       International Collections Department,    Recobros Internacional,   Paseo de la Castellana, 4,
                 28046 Madrid
518060126       TAU CERAMICA SOLUTIONS S.L.,    Calle del Toll, 18,   ONDA, CASTELLON 12200
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: 309C            Total Noticed: 39

518060112*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518060116*        Kerplast Technology,    C/O Ronald D. Coleman,    Mandelbaum Salsburg PC,    Roseland, NJ 07068
518060118*       +Nakash 200 Helen Street LLC,    1400 Broadway, 15th Floor,    New York, NY 10018-5300
518060119*       +Nakash 200 Helen Street, LLC,    1400 Broadway,   15th Floor,    New York, NY 10018-5300
518060124*       +Robert Spiegelman, Esq.,    1400 Broadway,   15th Floor,    New York, NY 10018-5300
518060125*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,    Division of Taxation,    Compliance Activity,
                    PO Box 245,   Trenton, NJ 08695-0245)
518060115      ##+Keros Cermicas, S.L./Keros Bulgaria EAD,    C/O The Bao Lyon Group, LLC,    PO Box 90469,
                   Tucson, AZ 85752-0469
                                                                                             TOTALS: 3, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               jshapiro@middlebrooksshapiro.com
              Margaret   Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Marsha M. Moore    on behalf of Creditor    Nakash 200 Helen Street LLC mmoore@postpolak.com,
               mooremr81075@notify.bestcase.com
              Melinda D. Middlebrooks    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```