| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MCMANIMON SCOTLAND &<br>BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>Proposed Attorneys for Thomas J. Orr,<br>Chapter 7 Trustee | **Order Filed on December 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>BATH & KITCHEN DISTRIBUTORS CORP.,<br><br>    Debtor. | Case No.:    19-12212<br><br>Judge:    Christine M. Gravelle<br><br>Chapter:    7 |

# ORDER AUTHORIZING RETENTION OF
# McMANIMON SCOTLAND & BAUMANN, LLC, COUNSEL TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: December 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

Upon the applicant's request for authorization to retain ___McManimon Scotland & Baumann, LLC___
as___Counsel___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    ___McManimon Scotland & Baumann, LLC___
                                     ___427 Riverview Plaza___
                                     ___Trenton, NJ  08611___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4820-6495-7998, v. 1