| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MCMANIMON SCOTLAND &<br> BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>Proposed Attorneys for Thomas J. Orr,<br>Chapter 7 Trustee | Order Filed on December 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BATH & KITCHEN DISTRIBUTORS CORP.,<br><br>      Debtor. | Case No.:      19-12212<br><br>Judge:      Christine M. Gravelle<br><br>Chapter:      7 |

## ORDER AUTHORIZING RETENTION OF
## McMANIMON SCOTLAND & BAUMANN, LLC, COUNSEL TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: December 3, 2019**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain McManimon Scotland & Baumann, LLC as Counsel it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    McManimon Scotland & Baumann, LLC
   427 Riverview Plaza
   Trenton, NJ  08611

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4820-6495-7998, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Bath & Kitchen Dristributors Corp.  
      Debtor

Case No. 19-12212-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 03, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.  
db        +Bath & Kitchen Dristributors Corp.,    200 Helen Street,    South Plainfield, NJ 07080-3800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:

        Andrea  Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC adobin@msbnj.com  
        Andrea  Dobin    on behalf of Trustee Thomas  Orr adobin@msbnj.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jessica M. Minneci    on behalf of Debtor    Bath & Kitchen Dristributors Corp. jminneci@middlebrooksshapiro.com  
        Joseph M. Shapiro    on behalf of Debtor    Bath & Kitchen Dristributors Corp. jshapiro@middlebrooksshapiro.com  
        Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov  
        Marsha M. Moore    on behalf of Creditor    Nakash 200 Helen Street LLC mmoore@postpolak.com, mooremr81075@notify.bestcase.com  
        Melinda D. Middlebrooks    on behalf of Debtor    Bath & Kitchen Dristributors Corp. middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
        Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 12