| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MCMANIMON SCOTLAND &<br> BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | Order Filed on December 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BATH & KITCHEN DISTRIBUTORS CORP.,<br><br>Debtor. | Case No.:    19-12212<br>Judge:    Christine M. Gravelle<br>Chapter:    7 |

# ORDER AUTHORIZING RETENTION OF
# SHARER, PETREE, BROTZ & SNYDER AS ACCOUNTANTS TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: December 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Sharer, Petree, Brotz  Snyder_____

as_____Accountants_____ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    _____Sharer, Petree, Brotz & Snyder_____
    _____1103 Laurel Oak Road, Suite 105B_____
    _____Voorhees, NJ  08043_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4820-6495-7998, v. 1

```
                           United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                              Case No. 19-12212-CMG
Bath & Kitchen Dristributors Corp.                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 03, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             +Bath & Kitchen Dristributors Corp.,   200 Helen Street,   South Plainfield, NJ 07080-3800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              Andrea  Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC adobin@msbnj.com
              Andrea  Dobin    on behalf of Trustee Thomas  Orr adobin@msbnj.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor   Bath & Kitchen Dristributors Corp.
               jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor   Bath & Kitchen Dristributors Corp.
               jshapiro@middlebrooksshapiro.com
              Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Marsha M. Moore    on behalf of Creditor   Nakash 200 Helen Street LLC mmoore@postpolak.com,
               mooremr81075@notify.bestcase.com
              Melinda D. Middlebrooks    on behalf of Debtor   Bath & Kitchen Dristributors Corp.
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12