UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

BATH & KITCHEN DRISTRIBUTORS CORP.    Case No.:    19-12212

Chapter:    7

Judge:    CMG

### NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on March 10, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> The debtor owns: Inventory/Raw Materials -Tiles, Faucets, Doors and Accessories. The property has been stored outside, exposed to the elements and is in poor condition. After the costs associated with administration, moving and storing of the materials, there would be little to no funds remaining to make a meaningful distribution to unsecured creditors.

> Liens on property: None

> Amount of equity claimed as exempt: None.

Objections must be served on, and requests for additional information directed to:

Name:         /s/Thomas J. Orr
Address:      321 High Street, Burlington, NJ 08016
Phone number: (609)386-8700

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                Case No. 19-12212-CMG
Bath & Kitchen Dristributors Corp.                                    Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2              Date Rcvd: Feb 06, 2020
                               Form ID: pdf905             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             #+Bath & Kitchen Dristributors Corp.,    200 Helen Street,    South Plainfield, NJ 07080-3800
aty            +McManimon Scotland & Baumann LLC,    427 Riverview Plaza,    Trenton, NJ 08611-3420
acc             SERGE ROZENBERG & ASSOCIATES,    25655 E. 17 Street,    Brooklyn, NY 11235
acc            +Sharer, Petree, Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
518060102       Absolut Keramika SL,   Ctra. Castell n Alcora Km 20,3,    12110 Alcora (Castell n) - Spain
518060103      +Amalgamated Financial Group,    PO Box 1006,    105 White Oak Lane,    Old Bridge, NJ 08857-1977
518060104      +Azteca/Kerstone,   C/O James N. Joseph, Esq.,    JOSEPH, TERRACCIANO & LYNAM LLP,
                 2 Roosevelt Avenue, Suite 200,    Syosset, NY 11791-3064
518060106       CERAMICHE BRENNERO SPA,    Strada Pavesa, 9,    46023 BONDENO di GONZAGA (MN),    ITALY
518072466       FedEx Corporate Services Inc.,    3965 Airways Blvd, Module G, 3rd Floor,
                 Memphis TN 38116-5017
518060108       Gold Art Ceramica s.p.a.,    Via Giardini Nord 231/233,    41026 Pavullo N.F. (Mo) Italy
518060109       HAPPY HOUSE SRL,   VIA RIMINI, 4,    42048 RUBIERA (RE),    ITALY
518060110      +HYG Financial Services Inc,    PO Box 1072,    Cedar Rapids, IA 52406-1072
518252280      +HYG Financial Services, Inc.,    1010 Thomas Edison Blvd. SW,    Cedar Rapids, IA 52404-8247
518060111       IBERO CERAMICA,    Ctra. Castell n-Teruel Km.19IBERO,    Alcora, Castell n SPAIN 12110
518060114      +Island Plumbing & Heating Supply,    1956 McDonald Ave,    Brooklyn, NY 11223-1829
518174862      +Keraplast Technology,    Joseph Sussman PC,    333 Pearsall Ave, SUITE 205,
                 Cedarhurst NY 11516-1842
518006629       Kerplast Technology,    C/O Ronald D. Coleman,    Mandelbaum Salsburg PC,    Roseland, NJ 07068
518064215      +Leonid Feldman,    189 Father Capodanno Blvd,    Staten Island, NY 10305-4202
518269900      +Marsha M Moore, Esq.,    Post Polak, PA,    425 Eagle Rock Ave Ste 200,    Roseland, NJ 07068-1717
518250749      +Mercedes Benz Financial Services USA LLC,    111 Lyon St. NW Suite 900,
                 Grand Rapids, MI 49503-2413
518006630      +Nakash 200 Helen Street, LLC,    1400 Broadway,    15th Floor,    New York, NY 10018-5300
518060120      +Norris McLaughlin P.A.,    400 Crossing Boulevard,    8th floor,    PO Box 5933,
                 Bridgewater, NJ 08807-5933
518060121      +Nueva Ceramica,    C/O James N. Joseph, Esq.,    JOSEPH, TERRACCIANO & LYNAM LLP,
                 2 Roosevelt Avenue, Suite 200,    Syosset, NY 11791-3064
518260038      +OTX Logistics Inc,    Heitner & Breitstein, Esqs.,    POB 270,    Wickatunk, NJ 07765-0270
518060123       PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
518006631      +Robert Spiegelman, Esq.,    1400 Broadway,    15th Floor,    New York, NY 10018-5300
518006632      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Compliance Activity,
                 PO Box 245,   Trenton, NJ 08695-0245)
518261070       State of New Jersey,    Division of Employer Accounts,    POB 379,    Trenton, NJ 08625-0379
518060127      +The Premins Company, Inc,    1407 Avenue M,    Brooklyn, NY 11230-5212
518060128       Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
518379439      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518060107       E-mail/Text: documentfiling@lciinc.com Feb 07 2020 01:08:42      Comcast Cable,    PO Box 0196,
                 Newark, NJ 07101-0196
518006628       E-mail/Text: cio.bncmail@irs.gov Feb 07 2020 01:09:46      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518060117       E-mail/Text: M74banko@daimler.com Feb 07 2020 01:11:34      Mercedez- Benz Financial Services,
                 PO Box 5260,   Carol Stream, IL 60197-5260
518060122      +E-mail/Text: sternback@heitnerbreitstein.com Feb 07 2020 01:10:23      OTX LOGISTICS INC,
                 C/O Heitner & Breitstein,    28 N. Main Street,    Marlboro, NJ 07746-1429
518685575      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26      United States Trustee,
                 One Newark Center, Suite 2100,    Newark, NJ 07102-5235
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518060105       Ceramica Valsecchia,    Via Radici Nord, 90/A,    42014 Castellarano (RE)
518060113       International Collections Department,    Recobros Internacional,    Paseo de la Castellana, 4,
                 28046 Madrid
518060126       TAU CERAMICA SOLUTIONS S.L.,    Calle del Toll, 18,    ONDA, CASTELLON 12200
cr*            +Nakash 200 Helen Street LLC,    1400 Broadway,    15th Floor,    New York, NY 10018-5300
518060112*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518060116*      Kerplast Technology,    C/O Ronald D. Coleman,    Mandelbaum Salsburg PC,    Roseland, NJ 07068
518060118*     +Nakash 200 Helen Street LLC,    1400 Broadway, 15th Floor,    New York, NY 10018-5300
518060119*     +Nakash 200 Helen Street, LLC,    1400 Broadway,    15th Floor,    New York, NY 10018-5300
518060124*     +Robert Spiegelman, Esq.,    1400 Broadway,    15th Floor,    New York, NY 10018-5300
```

```
District/off: 0312-3                  User: admin              Page 2 of 2                   Date Rcvd: Feb 06, 2020
                                      Form ID: pdf905          Total Noticed: 38


             ***** BYPASSED RECIPIENTS (continued) *****
518060125*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Division of Taxation,   Compliance Activity,
                   PO Box 245,   Trenton, NJ 08695-0245)
518060115      ##+Keros Cermicas, S.L./Keros Bulgaria EAD,   C/O The Bao Lyon Group, LLC,   PO Box 90469,
                 Tucson, AZ 85752-0469
                                                                                            TOTALS: 3, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Andrea  Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC adobin@msbnj.com
              Andrea  Dobin    on behalf of Trustee Thomas   Orr adobin@msbnj.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               jshapiro@middlebrooksshapiro.com
              Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Marsha M. Moore    on behalf of Creditor    Nakash 200 Helen Street LLC mmoore@postpolak.com,
               mooremr81075@notify.bestcase.com
              Melinda D. Middlebrooks    on behalf of Debtor    Bath & Kitchen Dristributors Corp.
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas  Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 13
```