| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Order Filed on June 24, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** | |
| **McCARTER & ENGLISH, LLP** Jeffrey T. Testa Geoffrey E. Lynott Four Gateway Center 100 Mulberry Street Newark, NJ 07102 Telephone: (973) 622-4444 Facsimile: (973) 624-7070 Email: jtesta@mccarter.com  Attorneys for Mercedes-Benz Financial Services USA, LLC | |
| In re:  **BATH & KITCHEN DISTRIBUTORS CORP.,**  Debtor. | Case No. 19-12212 (CMG)  Judge: Christine M. Gravelle  Chapter 7 |

### ORDER LIFTING THE AUTOMATIC STAY AS TO MERCEDES-BENZ FINANCIAL SERVICES USA LLC

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: June 24, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

ME1 33230135v.1

Debtor:   Bath & Kitchen Distributors Corp.
Case No:  19-12212 (CMG)
Caption:  Order for Stay Relief as to Mercedes-Benz Financial Services USA LLC
Page:     2

___

This matter having come before the Court on the *Motion for Entry of an Order Lifting the Automatic Stay as to Mercedes-Benz Financial Services USA, LLC* under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following: pursue the movant's rights in the following:

☐ Real property more fully described as:

_____

☒ Personal property more fully described as:

**2015 Sprinter Cargo Van VIN WD3PF4CC4FP148480**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that this Order shall take immediate effect and the 14-day period provided by Fed. R. Bankr. P 4001(a)(3) shall not apply.