

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in compliance with D.N.J. LBR 9004-1(b)** |
| **McCARTER & ENGLISH, LLP** <br> Jeffrey T. Testa <br> Geoffrey E. Lynott <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 622-4444 <br> Facsimile: (973) 624-7070 <br> Email: jtesta@mccarter.com <br><br> Attorneys for Mercedes-Benz Financial Services USA, LLC |
| In re: <br><br> **BATH & KITCHEN DISTRIBUTORS CORP.,** <br><br> Debtor. |

Order Filed on June 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-12212 (CMG)

Judge: Christine M. Gravelle

Chapter 7

### ORDER LIFTING THE AUTOMATIC STAY AS TO MERCEDES-BENZ FINANCIAL SERVICES USA LLC

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: June 24, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

ME1 33230135v.1

Debtor:    Bath & Kitchen Distributors Corp.
Case No:   19-12212 (CMG)
Caption:   Order for Stay Relief as to Mercedes-Benz Financial Services USA LLC
Page:      2

___

This matter having come before the Court on the *Motion for Entry of an Order Lifting the Automatic Stay as to Mercedes-Benz Financial Services USA, LLC* under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following: pursue the movant's rights in the following:

☐ Real property more fully described as:

_____

☒ Personal property more fully described as:

**2015 Sprinter Cargo Van VIN WD3PF4CC4FP148480**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that this Order shall take immediate effect and the 14-day period provided by Fed. R. Bankr. P 4001(a)(3) shall not apply.

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 19-12212-CMG
Bath & Kitchen Dristributors Corp.   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 24, 2020
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.
db    #+Bath & Kitchen Dristributors Corp.,    200 Helen Street,    South Plainfield, NJ 07080-3800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:
      Andrea   Dobin    on behalf of Trustee Thomas   Orr adobin@msbnj.com
      Andrea   Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC adobin@msbnj.com
      Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeffrey Thomas Testa    on behalf of Creditor    MERCEDES-BENZ FINANCIAL SERVICES USA LLC jtesta@mccarter.com,  lrestivo@mccarter.com
      Jessica M. Minneci    on behalf of Debtor   Bath & Kitchen Dristributors Corp. jminneci@middlebrooksshapiro.com
      Joseph M. Shapiro    on behalf of Debtor   Bath & Kitchen Dristributors Corp. jshapiro@middlebrooksshapiro.com
      Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
      Marsha M. Moore    on behalf of Creditor   Nakash 200 Helen Street LLC mmoore@postpolak.com, mooremr81075@notify.bestcase.com
      Melinda D. Middlebrooks    on behalf of Debtor   Bath & Kitchen Dristributors Corp. middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
      Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.axosfs.com
      Thomas   Orr    tom@torrlaw.com,  Torr@ecf.axosfs.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 14