**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number:  609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:**  19−12212−CMG | **DATE FILED::** 2/1/19 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Bath & Kitchen Dristributors Corp.<br><br>45−2623204 | **ADDRESS OF DEBTOR(S):**<br><br>200 Helen Street<br>South Plainfield, NJ 07080 |
| DEBTOR'S ATTORNEY:<br>Melinda D. Middlebrooks<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave<br>First Floor<br>Springfield, NJ 07081<br><br>973−218−6877 | TRUSTEE:<br>Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016−4496<br>(609) 386−8700 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/28/21

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: November 2, 2020

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-12212-CMG |
| Bath & Kitchen Dristributors Corp. | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 02, 2020 | Form ID: noa | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Bath & Kitchen Dristributors Corp., 200 Helen Street, South Plainfield, NJ 07080-3800 |
| aty | + | McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| acc | | SERGE ROZENBERG & ASSOCIATES, 25655 E. 17 Street, Brooklyn, NY 11235 |
| acc | + | Sharer, Petree, Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518060102 | | Absolut Keramika SL, Ctra. Castell n Alcora Km 20,3, 12110 Alcora (Castell n) - Spain |
| 518060103 | + | Amalgamated Financial Group, PO Box 1006, 105 White Oak Lane, Old Bridge, NJ 08857-1977 |
| 518060104 | + | Azteca/Kerstone, C/O James N. Joseph, Esq., JOSEPH, TERRACCIANO & LYNAM LLP, 2 Roosevelt Avenue, Suite 200, Syosset, NY 11791-3064 |
| 518060106 | | CERAMICHE BRENNERO SPA, Strada Pavesa, 9, 46023 BONDENO di GONZAGA (MN), ITALY |
| 518072466 | | FedEx Corporate Services Inc., 3965 Airways Blvd, Module G, 3rd Floor, Memphis TN 38116-5017 |
| 518060108 | | Gold Art Ceramica s.p.a., Via Giardini Nord 231/233, 41026 Pavullo N.F. (Mo) Italy |
| 518060109 | | HAPPY HOUSE SRL, VIA RIMINI, 4, 42048 RUBIERA (RE), ITALY |
| 518060110 | + | HYG Financial Services Inc, PO Box 1072, Cedar Rapids, IA 52406-1072 |
| 518252280 | + | HYG Financial Services, Inc., 1010 Thomas Edison Blvd. SW, Cedar Rapids, IA 52404-8247 |
| 518060111 | | IBERO CERAMICA, Ctra. Castell n-Teruel Km.19IBERO, Alcora, Castell n SPAIN 12110 |
| 518060114 | + | Island Plumbing & Heating Supply, 1956 McDonald Ave, Brooklyn, NY 11223-1829 |
| 518174862 | + | Keraplast Technology, Joseph Sussman PC, 333 Pearsall Ave, SUITE 205, Cedarhurst NY 11516-1842 |
| 518006629 | | Kerplast Technology, C/O Ronald D. Coleman, Mandelbaum Salsburg PC, Roseland, NJ 07068 |
| 518064215 | + | Leonid Feldman, 189 Father Capodanno Blvd, Staten Island, NY 10305-4202 |
| 518269900 | + | Marsha M Moore, Esq., Post Polak, PA, 425 Eagle Rock Ave Ste 200, Roseland, NJ 07068-1717 |
| 518250749 | + | Mercedes Benz Financial Services USA LLC, 111 Lyon St. NW Suite 900, Grand Rapids, MI 49503-2413 |
| 518006630 | + | Nakash 200 Helen Street, LLC, 1400 Broadway, 15th Floor, New York, NY 10018-5300 |
| 518060120 | + | Norris McLaughlin P.A., 400 Crossing Boulevard, 8th floor, PO Box 5933, Bridgewater, NJ 08807-5933 |
| 518060121 | + | Nueva Ceramica, C/O James N. Joseph, Esq., JOSEPH, TERRACCIANO & LYNAM LLP, 2 Roosevelt Avenue, Suite 200, Syosset, NY 11791-3064 |
| 518260038 | + | OTX Logistics Inc, Heitner & Breitstein, Esqs., POB 270, Wickatunk, NJ 07765-0270 |
| 518060123 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518006631 | + | Robert Spiegelman, Esq., 1400 Broadway, 15th Floor, New York, NY 10018-5300 |
| 518006632 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518261070 | | State of New Jersey, Division of Employer Accounts, POB 379, Trenton, NJ 08625-0379 |
| 518060127 | + | The Premins Company, Inc, 1407 Avenue M, Brooklyn, NY 11230-5212 |
| 518379439 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | | |
| | | | Nov 03 2020 02:18:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: noa | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2020 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2020 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518060107 | EDI: COMCASTCBLCENT | Nov 03 2020 02:18:00 | Comcast Cable, PO Box 0196, Newark, NJ 07101-0196 |
| 518006628 | EDI: IRS.COM | Nov 03 2020 02:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518060117 | EDI: DAIMLER.COM | Nov 03 2020 02:23:00 | Mercedez- Benz Financial Services, PO Box 5260, Carol Stream, IL 60197-5260 |
| 518060122 | + Email/Text: sternback@heitnerbreitstein.com | Nov 02 2020 20:46:00 | OTX LOGISTICS INC, C/O Heitner & Breitstein, 28 N. Main Street, Marlboro, NJ 07746-1429 |
| 518060128 | EDI: TFSR.COM | Nov 03 2020 02:18:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 518799465 | EDI: BL-TOYOTA.COM | Nov 03 2020 02:23:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518685575 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2020 20:46:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518060105 | | Ceramica Valsecchia, Via Radici Nord, 90/A, 42014 Castellarano (RE) |
| 518060113 | | International Collections Department, Recobros Internacional, Paseo de la Castellana, 4, 28046 Madrid |
| 518060126 | | TAU CERAMICA SOLUTIONS S.L., Calle del Toll, 18, ONDA, CASTELLON 12200 |
| aty | *+ | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| cr | *+ | Nakash 200 Helen Street LLC, 1400 Broadway, 15th Floor, New York, NY 10018-5300 |
| 518060112 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518060116 | * | Kerplast Technology, C/O Ronald D. Coleman, Mandelbaum Salsburg PC, Roseland, NJ 07068 |
| 518060118 | *+ | Nakash 200 Helen Street LLC, 1400 Broadway, 15th Floor, New York, NY 10018-5300 |
| 518060119 | *+ | Nakash 200 Helen Street, LLC, 1400 Broadway, 15th Floor, New York, NY 10018-5300 |
| 518060124 | *+ | Robert Spiegelman, Esq., 1400 Broadway, 15th Floor, New York, NY 10018-5300 |
| 518060125 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518060115 | ##+ | Keros Cermicas, S.L./Keros Bulgaria EAD, C/O The Bao Lyon Group, LLC, PO Box 90469, Tucson, AZ 85752-0469 |

TOTAL: 3 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020          Signature:          /s/Joseph Speetjens

District/off: 0312-3                        User: admin                                    Page 3 of 3
Date Rcvd: Nov 02, 2020                     Form ID: noa                                 Total Noticed: 40

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:**

**Name**                     **Email Address**

Andrea Dobin
                             on behalf of Attorney McManimon Scotland & Baumann LLC adobin@msbnj.com

Andrea Dobin
                             on behalf of Trustee Thomas Orr adobin@msbnj.com

Denise E. Carlon
                             on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jeffrey Thomas Testa
                             on behalf of Creditor MERCEDES-BENZ FINANCIAL SERVICES USA LLC jtesta@mccarter.com  lrestivo@mccarter.com

Jessica M. Minneci
                             on behalf of Debtor Bath & Kitchen Dristributors Corp. jminneci@middlebrooksshapiro.com

Joseph M. Shapiro
                             on behalf of Debtor Bath & Kitchen Dristributors Corp. jshapiro@middlebrooksshapiro.com

Margaret Mcgee
                             on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Marsha M. Moore
                             on behalf of Creditor Nakash 200 Helen Street LLC mmoore@postpolak.com  mooremr81075@notify.bestcase.com

Melinda D. Middlebrooks
                             on behalf of Debtor Bath & Kitchen Dristributors Corp. middlebrooks@middlebrooksshapiro.com
                             melindamiddlebrooks@gmail.com

Rebecca Ann Solarz
                             on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Thomas Orr
                             tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
                             on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
                             USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                             USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14